UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIBIO MENDOZA, | No. 2:16-cv-0855 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SPADARO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed May 11, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On May 31, 2016, plaintiff submitted the USM-285 forms but failed to submit the copies of the complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one copy of the complaint filed by plaintiff on April 25, 2016; and

/////

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the three copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: June 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
mend0855.8f